UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

OBAR LEVELL ELLIS #230146,

    Plaintiff,                                                                   Case No. 2:18-CV-119

v.                                                                               HON. GORDON J. QUIST

ALICIA HETRICK, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 4, 2020, U.S. Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R. & R.), recommending that the Court grant in part and deny in part Defendants' Motion for Summary Judgment. (ECF No. 30.) The Court has reviewed the R&R. No objections have been filed pursuant to 28 U.S.C. § 636(b). Thus, the Court will adopt the R&R.

**THEREFORE, IT IS HEREBY ORDERED** that the February 4, 2020 Report and Recommendation (ECF No. 30) is **approved** and **adopted** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 23) is **GRANTED in part** and **DENIED in part**. All of Plaintiff's claims except his access-to-the-courts and retaliation claims against Defendant Hetrick for events on March 28, 2018 are **dismissed without prejudice**.

Dated: March 5, 2020                                                           /s/ Gordon J. Quist
                                                                                        GORDON J. QUIST
                                                                     UNITED STATES DISTRICT JUDGE